No. 298. FIRST NATIONAL BANK *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals

for the Tenth Circuit denied. *Messrs. Camden R. McAtee* and *Phil D. Morelock* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, John H. McEvers,* and *Erwin N. Griswold* for respondent.